# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN GREEN,    Plaintiff, : : : v. : **CIVIL ACTION NO. 14-1942** : CAROLYN W. COLVIN, : COMMISSIONER OF SOCIAL SECURITY :     Defendant. : | |

## ORDER

**AND NOW**, this 27th day of April 2016, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review [Doc. No. 9], Defendant's Response [Doc. No. 14], and Plaintiff's Reply [Doc. No. 15], the administrative record [Doc. No. 6], the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa [Doc. No. 16], and the objections thereto [Doc. No. 17], the Court finds that the administrative record lacks substantial evidence to support the ALJ's findings of fact and conclusions of law**.**

Accordingly:

1. Plaintiff's Objections are **SUSTAINED**;

2. The Report and Recommendation [Doc. No. 16] is **NOT APPROVED**; and

3. This matter is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

                                                                                           **BY THE COURT:**

                                                                                           **/s/ Cynthia M. Rufe**

                                                                                           **CYNTHIA M. RUFE, J.**